# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Video Preliminary Exam
(X) Video Detention Hearing

MAGISTRATE JUDGE: Candy W. Dale        DATE: February 10, 2021
DEPUTY CLERK/ESR: Sunny Trumbull       TIME: 10:01 – 10:20 a.m.

### UNITED STATES OF AMERICA vs. JIMMY FLORES
1:18-cr-223-DCN

Counsel for:  United States (AUSA): David Robins
              Defendant: Mark Ackley, Federal Defender
              Probation: Crystal Laleman

Defendant consented to proceeding by video.

**Preliminary Examination:**

Government witness: Crystal Laleman

Government Exhibit: A and E offered, there being no objections, admitted

This hearing is continued to Friday, February 12, 2021 at 11:30 a.m. to allow time for defense counsel to resolve internet issues.

Defendant remanded to the custody of the USMS.