# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Video Preliminary Exam
(X) Video Detention Hearing

MAGISTRATE JUDGE: Candy W. Dale　　　　DATE: February 12, 2021
DEPUTY CLERK/ESR: Sunny Trumbull　　　　TIME: 11:37 a.m. – 12:32 p.m.

### UNITED STATES OF AMERICA vs. JIMMY FLORES
Case #1:18-cr-223-DCN

Counsel for:　United States (AUSA): David Robins
　　　　　　　Defendant: Mark Ackley, Federal Defender
　　　　　　　Probation: Crystal Laleman

Defendant consented to proceeding by video.

**Preliminary Examination (continued from 2/10/2021):**

Government Witness: Crystal Laleman (continued from 2/10/21)

Government Exhibits: B, C and D offered, there being no objection, admitted

Defendant Exhibit: 1 offered, there being no objection, admitted

Argument presented to the Court by both of counsel.

The Court found probable cause and defense counsel agrees.

**Final Revocation Hearing set for March 30, 2021 at 10:00 a.m. before Judge David C. Nye in Pocatello, Idaho.**

**Detention Hearing:**

Mr. Ackley and Mr. Robins presented proffer to the Court.

Argument presented to the Court by each of counsel.

The Court ordered the defendant detained pending further proceedings.

Order of Detention entered.