# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

(X) Initial Appearance on Supervised Release Petition (docket #71)

MAGISTRATE JUDGE: Raymond E. Patricco     DATE: November 23, 2021
DEPUTY CLERK/ESR: Sunny Trumbull     TIME: 1:17 – 1:27 p.m.

**UNITED STATES OF AMERICA vs. JIMMY JOE FLORES**
Case No. 1:18-CR-223-DCN-1

United States (AUSA): David Robins
Defendant: Joshua Taylor, CJA counsel
USPO: Crystal Laleman

(X) Court reviewed the record.
(X) Defendant appears in custody on a Warrant/Supervised Release Petition.
(X) Constitutional Rights advised to Counsel/ Revocation Hearings.
(X) Supervised Release Petition provided to the defendant, he has read it and waived reading.

(X) Court examined defendant's current Financial Affidavit and appointed CJA counsel.

Defendant advised of his rights to a preliminary exam and detention hearing and requested a hearing on both. Preliminary Exam and Detention Hearing set for November 30, 2021 at 12:00 p.m. before Judge Raymond E. Patricco. Order of Temporary Detention entered.

(X) Court advised the parties of the Due Process Protections Act.

(X) Defendant remanded to the custody of the USMS.