# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) Case No: 1:18-CR-00223-DCN |
| vs. | ) **ORDER FOR FURLOUGH** |
| JIMMY JOE FLORES, | ) |
| Defendant. | ) |

Upon the Unopposed Motion for Furlough (Dkt. 94), this Court hereby GRANTS the motion. Jimmy Flores shall be released from custody on a furlough, but this furlough shall take place entirely within the Ada County Jail and shall be limited to his appearance at an arraignment on Tuesday, March 8, 2022, at 1:30 p.m. or as soon thereafter as his case in Canyon County Case No. CR14-22-00261 may be heard.

IT IS SO ORDERED.

DATED: March 7, 2022

David C. Nye
Chief U.S. District Court Judge